UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                          §
                                                §
                                                §
MINISTERIO INTERNACIONAL EL REY §   Case No. 12-15845
JES                                             §
                                                §
                                                §
            Debtor                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DREW M. DILLWORTH, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 850,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 49,372.29 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 110,627.71 | |

3) Total gross receipts of $ 160,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 160,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 110,627.71 | 110,627.71 | 110,627.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 851.37 | 851.37 | 851.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,720,569.57 | 899,911.09 | 48,520.92 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,832,048.65 | $ 1,011,390.17 | $ 160,000.00 |

   4)  This case was originally filed under chapter 7 on  03/09/2012 .  The case was pending for 58 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  01/11/2017         By:/s/DREW M. DILLWORTH, TRUSTEE
                                                                    Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trustee vs. Ferrera | 1249-000 | 20,833.33 |
| Trustee vs. Gonzalez | 1249-000 | 20,833.33 |
| Trustee vs. Lopez | 1249-000 | 20,833.33 |
| Trustee vs. Ministerio Internacional El Rey Jesus | 1249-000 | 35,000.00 |
| Trustee vs. Ministerio Manases, Inc. | 1249-000 | 20,833.35 |
| Trustee vs. Valenzuela | 1249-000 | 20,833.33 |
| Trustee vs. Valenzuela | 1249-000 | 20,833.33 |
| **TOTAL GROSS RECEIPTS** | | **$160,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DREW M. DILLWORTH | 2100-000 | NA | 11,250.00 | 11,250.00 | 11,250.00 |
| DREW M. DILLWORTH | 2200-000 | NA | 89.13 | 89.13 | 89.13 |
| BANK OF KANSAS CITY | 2600-000 | NA | 3,520.12 | 3,520.12 | 3,520.12 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 2,344.00 | 2,344.00 | 2,344.00 |
| ESQ. JIM MILLER | 3210-000 | NA | 90,000.00 | 90,000.00 | 90,000.00 |
| ESQ. JIM MILLER | 3220-000 | NA | 3,424.46 | 3,424.46 | 3,424.46 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 110,627.71 | $ 110,627.71 | $ 110,627.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | FLORIDA DEPT OF REVENUE | 5800-000 | NA | 851.37 | 851.37 | 851.37 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 851.37 | $ 851.37 | $ 851.37 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF CORAL GABLES, LLC | 7100-000 | NA | 978,931.95 | 128,931.95 | 6,952.07 |
| 3 | BANK OF CORAL GABLES, LLC | 7100-000 | NA | 252,562.28 | 252,562.28 | 13,618.27 |
| 2 | ROBERTO GOMES | 7100-000 | NA | 489,025.34 | 518,366.86 | 27,950.58 |
| | STATE OF FL DEPT OF REVENUE | 7300-000 | NA | 50.00 | 50.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,720,569.57 | $ 899,911.09 | $ 48,520.92 |

Page: 1
Case 12-15845-LMI    Doc 93    Filed 03/07/17    Page 6 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-15845 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MINISTERIO INTERNACIONAL EL REY JES | | | | Date Filed (f) or Converted (c): | 03/09/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2012 |
| For Period Ending: | 01/11/2017 | | | | Claims Bar Date: | 07/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1630 Onaway Dr. Miami, Fl 33133 | 850,000.00 | 0.00 | | 0.00 | FA |
| 2. Trustee vs. Valenzuela        (u) | 0.00 | 20,833.33 | | 20,833.33 | FA |
| 3. Trustee vs. Valenzuela        (u) | 0.00 | 20,833.33 | | 20,833.33 | FA |
| 4. Trustee vs. Lopez             (u) | 0.00 | 20,833.33 | | 20,833.33 | FA |
| 5. Trustee vs. Gonzalez          (u) | 0.00 | 20,833.33 | | 20,833.33 | FA |
| 6. Trustee vs. Ferrera           (u) | 0.00 | 20,833.33 | | 20,833.33 | FA |
| 7. Trustee vs. Ministerio Manases, Inc.    (u) | 0.00 | 20,833.35 | | 20,833.35 | FA |
| 8. Trustee vs. Ministerio Internacional El Rey Jesus  (u) | 0.00 | 35,000.00 | | 35,000.00 | FA |
| 9. Trustee vs. Nissan Motor Acceptance Corp.    (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $850,000.00 | $160,000.00 | | $160,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor was an exempt religious organization under section 501(a) of the Internal Revenue Code and did not file tax returns. There were no operations post-petition and no business activity above the thresholds which would trigger a tax return requirement.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Sale of the property was cancelled. The closing agent on the pro forma statement was Consumer Land Title Insurance Agency, Inc.  I communicated with the title agent and she informed me that the file was canceled (i.e. no closing).  Thereafter, on November 29, 2012, attorney Campbell obtained a Certificate of Title to the property from Miami Circuit Court pursuant to the foreclosure.  The certificate of title terminated the estate's interest in the property.  Thereafter, on December 14, 2012, the Bank conveyed the property to a third party by special warranty deed. |
| RE PROP # | 2 | -- | Adv. 14-1278 |
| RE PROP # | 3 | -- | Adv. 14-1279 |
| RE PROP # | 4 | -- | Adv. 14-1280 |
| RE PROP # | 5 | -- | Adv. 14-1281 |
| RE PROP # | 6 | -- | Adv. 14-1282 |
| RE PROP # | 7 | -- | Adv. 14-1283 |
| RE PROP # | 8 | -- | adv. 14-1284 |
| RE PROP # | 9 | -- | Adv. 14-1285 (closed) |

Initial Projected Date of Final Report (TFR): 12/30/2015        Current Projected Date of Final Report (TFR): 12/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-15845 | Trustee Name: DREW M. DILLWORTH, TRUSTEE | Exhibit 9 |
| Case Name: MINISTERIO INTERNACIONAL EL REY JES | Bank Name: Bank of Kansas City | |
| | Account Number/CD#: XXXXXX5635 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3651 | Blanket Bond (per case limit): $135,654,000.00 | |
| For Period Ending: 01/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/14 | 8 | JES, MINISTERIO INTERNACIONAL EL RE 14100 SW 144 Ave MIAMI, FL 33186 | Adv Settlement 14-1284 ECF 65 | 1249-000 | $35,000.00 | | $35,000.00 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $23.24 | $34,976.76 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $51.98 | $34,924.78 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $50.23 | $34,874.55 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $51.83 | $34,822.72 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $51.75 | $34,770.97 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $46.67 | $34,724.30 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $51.61 | $34,672.69 |
| 04/01/15 | | SCANZIANI LAW GROUP, LLC 13155 SW 134 St. Suite 201 Miami, FL 33186 | Order dated 3/8/15 ECF 71 | | $125,000.00 | | $159,672.69 |
| | | | Gross Receipts $125,000.00 | | | | |
| | 7 | | Trustee vs. Ministerio Manases, Inc. $20,833.35 | 1249-000 | | | |
| | 3 | | Trustee vs. Valenzuela $20,833.33 | 1249-000 | | | |
| | 4 | | Trustee vs. Lopez $20,833.33 | 1249-000 | | | |
| | 5 | | Trustee vs. Gonzalez $20,833.33 | 1249-000 | | | |
| | 6 | | Trustee vs. Ferrera $20,833.33 | 1249-000 | | | |
| | 2 | | Trustee vs. Valenzuela $20,833.33 | 1249-000 | | | |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $186.81 | $159,485.88 |
| | | | Page Subtotals: | | $160,000.00 | $514.12 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-15845　　　　　　　　　　　　　　　　　　　　　　Trustee Name: DREW M. DILLWORTH, TRUSTEE　　　Exhibit 9
Case Name: MINISTERIO INTERNACIONAL EL REY JES　　　　　　Bank Name: Bank of Kansas City
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX5635
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking Account
Taxpayer ID No: XX-XXX3651　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $135,654,000.00
For Period Ending: 01/11/2017　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $237.04 | $159,248.84 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $229.05 | $159,019.79 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $236.35 | $158,783.44 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $236.00 | $158,547.44 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $228.04 | $158,319.40 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $235.31 | $158,084.09 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $227.38 | $157,856.71 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $234.62 | $157,622.09 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $233.63 | $157,388.46 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $218.23 | $157,170.23 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.96 | $156,937.27 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.11 | $156,712.16 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.28 | $156,479.88 |
| 09/23/16 | 3001 | DREW M. DILLWORTH 150 W. FLAGLER STREET MIAMI, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $11,250.00 | $145,229.88 |

Page Subtotals:　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00　　　$14,256.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-15845 | Trustee Name: DREW M. DILLWORTH, TRUSTEE |
| Case Name: MINISTERIO INTERNACIONAL EL REY JES | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX5635 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3651 | Blanket Bond (per case limit): $135,654,000.00 |
| For Period Ending: 01/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/16 | 3002 | DREW M. DILLWORTH<br>150 W. FLAGLER STREET<br>MIAMI, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $89.13 | $145,140.75 |
| 09/23/16 | 3003 | CLERK OF BANKRUPTCY COURT<br>CLERK OF BANKRUPTCY COURT | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $2,344.00 | $142,796.75 |
| 09/23/16 | 3004 | ESQ. JIM MILLER<br>19 West Flagler Street<br>Suite 416<br>Miami, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $90,000.00 | $52,796.75 |
| 09/23/16 | 3005 | ESQ. JIM MILLER<br>19 West Flagler Street<br>Suite 416<br>Miami, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $3,424.46 | $49,372.29 |
| 09/23/16 | 3006 | FLORIDA DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 5800-000 | | $851.37 | $48,520.92 |
| 09/23/16 | 3007 | BANK OF CORAL GABLES, LLC<br>C/O CAMPELL LAW FIRM PLLC<br>95 MERRICK WAY, SUITE 514<br>CORAL GABLES, FL 33134 | Final distribution to claim 1 representing a payment of 5.39 % per court order. | 7100-000 | | $6,952.07 | $41,568.85 |
| 09/23/16 | 3008 | ROBERTO GOMES<br>C/O OMAR ORTEGA ESQ<br>3680 SW 8 ST PH<br>CORAL GABLES, FL 33134 | Final distribution to claim 2 representing a payment of 5.39 % per court order. | 7100-000 | | $27,950.58 | $13,618.27 |
| 09/23/16 | 3009 | BANK OF CORAL GABLES, LLC<br>C/O CAMPELL LAW FIRM PLLC<br>95 MERRICK WAY, SUITE 514<br>CORAL GABLES, FL 33134 | Final distribution to claim 3 representing a payment of 5.39 % per court order. | 7100-000 | | $13,618.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $160,000.00 | $160,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $160,000.00 | $160,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $160,000.00 | $160,000.00 |

Page Subtotals: $0.00   $145,229.88

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5635 - Checking Account | $160,000.00 | $160,000.00 | $0.00 |
| | $160,000.00 | $160,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $160,000.00 |
| Total Gross Receipts: | $160,000.00 |

Page Subtotals:    $0.00    $0.00